UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MERCURY MARKETING, LLC, et al.,<br><br>  Defendants. | Case No. 1:25-cv-02021-MJM |

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel for Plaintiff Federal Trade Commission and hereby requests that copies of all future pleadings and notices to which the Federal Trade Commission is entitled to receive be sent to the undersigned:

Robert Van Someren Greve
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-6316
Washington, DC 20580
Tel: 202-326-2523
Fax: 202-326-3259
rvansomerengreve@ftc.gov

Dated: 6/25/2025

Respectfully submitted,

/s/ *Robert Van Someren Greve*
ROBERT VAN SOMEREN GREVE
DC Bar No. 1617234

Attorney for Plaintiff
FEDERAL TRADE COMMISSION