UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCURY MARKETING, LLC, et al.,<br><br>    Defendants. | Case No. 1:25-cv-02021-MJM |

### NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel for Plaintiff Federal Trade Commission and hereby requests that copies of all future pleadings and notices to which the Federal Trade Commission is entitled to receive be sent to the undersigned:

Tiffany Woo
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-6316
Washington, DC 20580
Tel: (202) 326-3583
Fax: 202-326-3259
twoo@ftc.gov

Dated: June 25, 2025                                   Respectfully submitted,


                                                                      */s/ Tiffany Woo*
                                                                      Tiffany Woo
                                                                      NY Bar No. 5412275

                                                                      Attorney for Plaintiff
                                                                      FEDERAL TRADE COMMISSION