IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Federal Trade Commission                         *

    **Plaintiff,**

    **v.**                                          *                Case No. **1:25-cv-02021**

Mercury Marketing, LLC                           *

    **Defendant.**                                 *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■ I certify, as party/counsel in this case that **Robby Stempler**
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
(name of party)

_____ .
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

July 7, 2025

Date

/s/ George Hazel

Signature

George Hazel - 31030

Printed name and bar number

1700 M Street N.W., Washington, D.C. 20036

Address

GHazel@gibsondunn.com

Email address

202-887-3674

Telephone number

_____

Fax number