UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCURY MARKETING, LLC, et al.,<br><br>    Defendants. | Case No. 1:25-cv-02021-MJM |

### [PROPOSED] ORDER STAYING ACTION DUE TO ABSENCE OF CONGRESSIONAL APPROPRIATIONS

Upon consideration of Plaintiff Federal Trade Commission's Emergency Motion for Stay Due to Absence of Congressional Appropriations (Dkt. 40), and for good cause shown, it is hereby:

**ORDERED** that all briefing and other deadlines in this action are **STAYED** until Congress has restored appropriations to the FTC; and it is further

**ORDERED** that Plaintiff Federal Trade Commission will notify the Court as soon as Congress has appropriated funds for the FTC; and it is further

**ORDERED** that all deadlines for the parties will be extended commensurate with the duration of the lapse in appropriations.

**IT IS SO ORDERED.**


Date: _____  _____
Hon. Matthew J. Maddox
United States District Judge